Brent R. Phillips, SBN 235753
PHILLIPS LAW CORPORATION
801 Parkcenter Drive, Suite 105
Santa Ana, CA 92705
Tel: (714) 573-4087
Fax: (714) 586-5499
E-mail: bphillips@phillipslawcorporation.com

Attorneys for Defendant: QUICK CAPITAL FUNDING, LLC



**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TENLEY HARDIN, individually and on behalf of all other similarly situated,

Plaintiff,

v.

QUICK CAPITAL FUNDING LLC; DOES 1 through 10, inclusive,

Defendants.

Case No.: 2:18-cv-10687-R-AFM

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT QUICK CAPITAL FUNDING, LLC; AND DEMAND FOR A JURY TRIAL**

Judge: Hon. Manuel Real
Courtroom: 880
Complaint Filed: December 27, 2019
Trial Date: None

Defendant QUICK CAPITAL FUNDING, LLC ("CAPITAL FUNDING"), by and through undersigned counsel, answers Plaintiff TENLEY HARDIN ("Plaintiff"), individually and on behalf of all other similarly situated, ("Plaintiff") Complaint as follows:

1. Answering paragraph 1 of the Complaint, CAPITAL FUNDING denies the allegations contained in paragraph 1 of the Complaint.

2. Answering paragraph 2 of the Complaint, CAPITAL FUNDING is without sufficient information or knowledge to form a belief as to the truth of the

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

allegations contained in paragraph 2 of the Complaint, and therefore denies the allegations.

3. Answering paragraph 3 of the Complaint, CAPITAL FUNDING admits that does business in the state of California. CAPITAL FUNDING is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in paragraph 3 of the Complaint, and therefore denies the allegations.

4. Answering paragraph 4 of the Complaint, CAPITAL FUNDING is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint, and therefore denies the allegations.

5. Answering paragraph 5 of the Complaint, CAPITAL FUNDING denies the allegations contained in paragraph 5 of the Complaint.

6. Answering paragraph 6 of the Complaint, CAPITAL FUNDING denies the allegations contained in paragraph 6 of the Complaint.

7. Answering paragraph 7 of the Complaint, CAPITAL FUNDING denies the allegations contained in paragraph 7 of the Complaint.

8. Answering paragraph 8 of the Complaint, CAPITAL FUNDING is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint, and therefore denies the allegations.

9. Answering paragraph 9 of the Complaint, CAPITAL FUNDING is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint, and therefore denies the allegations.

10. Answering paragraph 10 of the Complaint, CAPITAL FUNDING is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint, and therefore denies the

allegations.

11. Answering paragraph 11 of the Complaint, CAPITAL FUNDING is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint, and therefore denies the allegations.

12. Answering paragraph 12 of the Complaint, CAPITAL FUNDING is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint, and therefore denies the allegations.

13. Answering paragraph 13 of the Complaint, CAPITAL FUNDING denies the allegations contained in paragraph 13 of the Complaint.

14. Answering paragraph 14 of the Complaint, CAPITAL FUNDING denies the allegations contained in paragraph 14 of the Complaint.

15. Answering paragraph 15 of the Complaint, CAPITAL FUNDING denies the allegations contained in paragraph 15 of the Complaint.

16. Answering paragraph 16 of the Complaint, CAPITAL FUNDING denies the allegations contained in paragraph 16 of the Complaint.

17. Answering paragraph 17 of the Complaint, CAPITAL FUNDING denies the allegations contained in paragraph 17 of the Complaint.

18. Answering paragraph 18 of the Complaint, CAPITAL FUNDING denies the allegations contained in paragraph 18 of the Complaint.

19. Answering paragraph 19 of the Complaint, CAPITAL FUNDING denies the allegations contained in paragraph 19 of the Complaint.

20. Answering paragraph 20 of the Complaint, CAPITAL FUNDING denies the allegations contained in paragraph 20 of the Complaint.

21. Answering paragraph 21 of the Complaint, CAPITAL FUNDING denies the allegations contained in paragraph 21 of the Complaint.

22. Answering paragraph 22 of the Complaint, CAPITAL FUNDING

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

denies the allegations contained in paragraph 22 of the Complaint.

23. Answering paragraph 23 of the Complaint, CAPITAL FUNDING denies the allegations contained in paragraph 23 of the Complaint.

24. Answering paragraph 24 of the Complaint, paragraph 24 makes no allegation directed toward CAPITAL FUNDING and as such needs no response.

25. Answering paragraph 25 of the Complaint, CAPITAL FUNDING denies the allegations contained in paragraph 25 of the Complaint.

26. Answering paragraph 26 of the Complaint, CAPITAL FUNDING denies the allegations contained in paragraph 26 of the Complaint.

27. Answering paragraph 27 of the Complaint, CAPITAL FUNDING denies the allegations contained in paragraph 27 of the Complaint.

28. Answering paragraph 28 of the Complaint, paragraph 28 makes no allegation directed toward CAPITAL FUNDING and as such needs no response.

29. Answering paragraph 29 of the Complaint, CAPITAL FUNDING denies the allegations contained in paragraph 29 of the Complaint.

30. Answering paragraph 30 of the Complaint, CAPITAL FUNDING denies the allegations contained in paragraph 30 of the Complaint.

31. Answering paragraph 31 of the Complaint, CAPITAL FUNDING denies the allegations contained in paragraph 31 of the Complaint.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

**(FAILURE TO STATE A CAUSE OF ACTION)**

The Complaint fails to state facts sufficient to constitute a cause of action against CAPITAL FUNDING.

## SECOND AFFIRMATIVE DEFENSE

**(ESTOPPEL)**

Plaintiff, by its own acts and/or omissions, is estopped from recovering at all against CAPITAL FUNDING.

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

**THIRD AFFIRMATIVE DEFENSE**

**(CONSENT)**

Plaintiff, by its own words and conduct, consented to the alleged contacts by CAPITAL FUNDING

**FOURTH AFFIRMATIVE DEFENSE**

**(LACK OF STANDING)**

Plaintiff lacks standing to bring this lawsuit against CAPITAL FUNDING.

**FIFTH AFFIRMATIVE DEFENSE**

**(STATUTES OF LIMITATION)**

Plaintiff's causes of action, and each of them, are barred by the applicable statutes of limitation.

**SIXTH AFFIRMATIVE DEFENSE**

**(FAILURE TO MITIGATE DAMAGES)**

CAPITAL FUNDING denies that Plaintiff has been damaged in any sum or sums, but to the extent Plaintiff has been damaged, those damages should be reduced based on his failure to mitigate.

**SEVENTH AFFIRMATIVE DEFENSE**

**(UNCLEAN HANDS)**

Plaintiff is barred from presenting his claims before the court based on the doctrine of unclean hands.

**EIGHTH AFFIRMATIVE DEFENSE**

**(LACHES)**

Plaintiff's claims are barred by the doctrine of laches.

**NINTH AFFIRMATIVE DEFENSE**

**(INTERVENING OR SUPERSEDING CAUSE)**

The damages that Plaintiff claims to have suffered was caused or made worse by an event that occurred after the incident complained of.

///

**TENTH AFFIRMATIVE DEFENSE**

**(LACK OF DAMAGES)**

Plaintiff's claims are barred in that he has not been damaged.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(WAIVER)**

Plaintiff's claims are barred based on the doctrine of waiver.

**TWELFTH AFFIRMATIVE DEFENSE**

**(JOINDER)**

Plaintiff has failed to join indispensable parties with which a full, complete and equitable adjudication can be made in this action.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(ACTS OF OTHER PARTIES)**

CAPITAL FUNDING alleges that, if it is subject to any liability by Plaintiff herein, it will be due in whole or in part to the acts and/or omissions of other parties, or parties unknown at this time, and any recovery obtained by Plaintiff should be barred or reduced according to law, up to and including the whole thereof.

///

///

///

///

///

///

///

///

///

///

///

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(ABSENCE OF NECESSARY PARTIES)**

The purported claims and causes of action alleged by Plaintiff require, for their complete adjudication, the joining of additional, necessary or indispensable parties, with whom the purported claims and causes of action cannot be fully, finally and completely resolved.

PHILLIPS LAW CORPORATION

DATED: February 8, 2019

By: ______________________
BRENT R. PHILLIPS
Attorneys for Defendant
QUICK CAPITAL FUNDING, LLC

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

**DEMAND FOR A JURY TRIAL**

PLEASE TAKE NOTICE that Defendant QUICK CAPITAL FUNDING, LLC hereby demands a trial by jury in this action.

PHILLIPS LAW CORPORATION

DATED: February 8, 2019

By: ______________________
BRENT R. PHILLIPS
Attorneys for Defendant
QUICK CAPITAL FUNDING, LLC

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PHILLIPS LAW CORPORATION, 801 Parkcenter Drive, Suite 801, Santa Ana, California 92705.

On February 8, 2019, I served by electronic service through the United States District Court for the Central District of California's CM/ECF electronic filing system to the following parties:

| | |
|---|---|
| Todd M. Friedman, Esq.<br>Adrian R. Bacon, Esq.<br>Meghan E. George, Esq.<br>LAW OFFICES OF TODD M. FRIEDMAN, P.C.<br>Woodland Hills, CA 91367<br>Tel: (877) 206-4741 | **Attorneys for Plaintiff TENLEY HARDIN, individually and on behalf of all other similarly situated** |

the following document(s) listed below:

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT QUICK CAPITAL FUNDING LLC; AND DEMAND FOR A JURY TRIAL**

☐ [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal] I declare that I am employed in the office of a member of the bar of this Court at which direction the service was made.

Executed on February 8, 2019, at Santa Ana, California.

Brent R. Phillips